**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**JAMES B. SWEERIS,**

   Plaintiff**,**

**v.**                 **CIVIL ACTION NO.: 3:18-CV-89 (GROH)**

**CARRINGTON MORTGAGE SERVICES, LLC,**

   Defendant**.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

   Currently pending before the Court is a Report and Recommendation ("R&R") issued by United States Magistrate Judge Robert W. Trumble. ECF No. 17. Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge Trumble for submission of an R&R. On October 15, 2018, Magistrate Judge Trumble issued his R&R recommending that this Court dismiss without prejudice the Plaintiff's complaint.

   Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, this Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. Thomas v. Arn, 474 U.S. 140, 150 (1985). Failure to file objections in a timely manner constitutes a waiver of *de novo* review and a plaintiff's right to appeal this Court's order. 28 U.S.C. § 636(b)(1)(C); Snyder v. Ridenour, 889 F.2d 1363, 1366 (4th Cir. 1989); United States v. Schronce, 727 F.2d 91, 94 (4th Cir. 1984).

   In this case, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, objections to Magistrate Judge Trumble's R&R were due

within fourteen days after being served with a copy of the same.  The R&R was sent to the Plaintiff by certified mail, return receipt requested, on October 16, 2018.  ECF No. 17.  The Plaintiff accepted service on October 22, 2018.  ECF No. 18.  To date, no objections have been filed.  Accordingly, the Court will review the R&R for clear error.

Upon consideration, the Court finds that Plaintiff has failed to effectuate timely service as required under Federal Rule of Civil Procedure 4(m).  Accordingly, upon review and finding no error, the Court **ORDERS** Magistrate Judge Trumble's Report and Recommendation [ECF No. 17] be **ADOPTED** for the reasons more fully stated therein.  The Court hereby **ORDERS** that the Plaintiff's complaint [ECF No. 1] be **DISMISSED WITHOUT PREJUDICE**.

The Court **DIRECTS** the Clerk to strike this case from the active docket and transmit a copy of this Order to the *pro se* Plaintiff by certified mail, return receipt requested.

**DATED:**  November 9, 2018

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE